IN THE SUPREME COURT OF THE STATE OF NEVADA

JERRY D.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ROBERT TEUTON, DISTRICT JUDGE,
Respondents,
and
STATE OF NEVADA DEPARTMENT
OF FAMILY SERVICES; A.D.; AND
F.D.,
Real Parties in Interest.

No. 84774

FILED

MAY 3 1 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original, emergency petition for a writ of mandamus challenges a preliminary district court order concluding that petitioner's two minor children should remain in protective custody pending further proceedings under NRS Chapter 432B.

Having reviewed the petition and supporting documentation, we are not convinced that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). In particular, while petitioner challenges the district court's preliminary protective custody

findings and the representations upon which they are based, an adjudicatory hearing is scheduled for tomorrow, at which the parties may have an opportunity to present additional evidence and argument. Accordingly, we conclude that extraordinary relief is not warranted at this time, and we

ORDER the petition DENIED.

_____ Stiglich _____ , J.
Stiglich

_____ Cadish _____ , J.
Cadish

_____ Pickering _____ . J.
Pickering

cc:    Hon. Robert Teuton, District Judge, Family Court Division
       The Grigsby Law Group
       Attorney General/Carson City
       Clark County District Attorney/Juvenile Division
       Legal Aid Center of Southern Nevada, Inc.
       Eighth District Court Clerk